No. 1352. NORMAN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Charles J. McDonough* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John M. Brant* for respondent.

No. 1297. RILEY *v.* DELAWARE. Sup. Ct. Del. Certiorari denied. MR. JUSTICE WHITE is of the opinion that certiorari should be granted. *Sidney Balick* for petitioner.

No. 1310. MARLOWE *v.* COAKLEY ET AL. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion and petition. *Richard G. Logan* for respondents.

No. 1446. DODD *v.* PEARSON ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *John F. Sonnett, Raymond L. Falls, Jr.,* and *Donald J. Mulvihill* for petitioner.

No. 224, Misc. STURM *v.* CALIFORNIA ADULT AUTHORITY ET AL. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Joyce F. Nedde,* Deputy Attorney General, and *Albert W. Harris, Jr.,* Assistant Attorney General, for respondents.

No. 1817, Misc. ALRED *v.* HENDERSON, WARDEN. C. A. 6th Cir. Certiorari denied.